United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Malibu Media, LLC, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 14-60133-Civ-Scola |
| | ) |
| John Doe subscriber assigned to IP address 50.143.121.166, Defendant | ) |

### Order Administratively Closing Case Upon Notice Of Settlement

The parties have settled this matter. (Notice Settlement, ECF No. 9.) This case will now be administratively closed pending the Plaintiff's filing of a notice of dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), or the parties filing a stipulation of dismissal, pursuant to Rule 41(a)(1)(A)(ii). A notice of dismissal, or a stipulation of dismissal must be filed by **June 30, 2014**.

If the parties file a stipulation of final dismissal pursuant to Rule 41(a)(1)(A)(ii) and they wish to have this Court retain jurisdiction to enforce any settlement agreement they have reached, the parties must include the following sentence in their stipulation of dismissal: "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case." This sentence is required because a joint stipulation of dismissal is otherwise self-executing and deprives the Court of jurisdiction to do anything further. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

The Clerk will **close** this case. Any party may move to re-open the case should there be a problem in reaching a final settlement agreement. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on June 10, 2014.

_____
Robert N. Scola, Jr.
United States District Judge